## In re RICHARD L. a/k/a Richard R.

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 6, 1987.
Decided Dec. 2, 1987.

Henry J. Meyer, Auburn, for Mother.

James E. Tierney, Atty. Gen., Leigh Ingalls Saufley, Erna Koch, Asst. Attys. Gen., Augusta, for Depart. of Human Services.

Martha Geores, Bell & Geores, Lewiston, Guardian Ad Litem.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, SCOLNIK and CLIFFORD, JJ.

### MEMORANDUM OF DECISION.

Brenda T., mother of Richard L., appeals from a judgment of the District Court (Lewiston) terminating her parental rights. She challenges the sufficiency of the evidence to support termination. Examining the evidence in a light most favorable to the party prevailing in the District Court, we conclude that the evidence sufficiently supports the factfinder's conclusion that the statutory requirements for termination of parental rights were proved to a high degree of probability. *See In re Maria C.,* 527 A.2d 318, 319 (Me.1987); *In re John Joseph V.,* 500 A.2d 628, 629 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

## STATE of Maine

v.

## David M. DODGE.

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 5, 1987.
Decided Dec. 2, 1987.

Michael E. Povich, Dist. Atty., Jane M. Eaton, Asst. Dist. Atty., Machias, for plaintiff.

David M. Dodge, pro se.

Before NICHOLS, ROBERTS, WATHEN, SCOLNIK and CLIFFORD, JJ.

### MEMORANDUM OF DECISION.

David Dodge appeals from a judgment of the Superior Court (Washington County) entered on a jury verdict finding him guilty of aggravated criminal mischief in violation of 17–A M.R.S.A. § 805 (1983). On appeal, defendant asserts a number of claims of error on the part of the presiding justice. We have carefully examined each and every claim and conclude that the Superior Court committed no error.

The entry is:

Judgment affirmed.

All concurring.